AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JOE HAND PROMOTIONS, INC.

CASE NUMBER: 2010-cv-6693

V.

ASSIGNED JUDGE: Conlon

DAVID KIM AND DANIEL KIM, et al.

DESIGNATED MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

G. Zone, Inc.
c/o Daniel Kim
3434 W. Peterson Road
Ste. 204
Chicago, Illinois 60659

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 North LaSalle Street
Suite 300
Chicago, Illinois 60654

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

October 18, 2010
Date

AO 440 (Rev. 05/00) Summons in a Civil Action   2010 CV 6693

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Date 10/25/10 |
| NAME OF SERVER (PRINT) Edward O'Brien | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: __G. ZONE, INC DANIEL KIM__
__3434 W PETERSON ROAD #204 CHICAGO ILLINOIS 60659__

☒ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☐ Other specify: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  10/25/10
           Date

Signature of Server  *Edward O'Brien*

Address of Server  C/O Metro Service Inc. 4647 W. 103rd St. Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.