AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

JOE HAND PROMOTIONS, INC.

CASE NUMBER: 2010-cv-6693

V.

ASSIGNED JUDGE: Conlon

DAVID KIM AND DANIEL KIM, et al.

DESIGNATED
MAGISTRATE JUDGE: Cole

TO: (Name and address of Defendant)

Daniel Kim
3434 W. Peterson Road
Ste. 204
Chicago, Illinois 60659

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 North LaSalle Street
Suite 300
Chicago, Illinois 60654

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____

(By) DEPUTY CLERK

October 18, 2010

Date

2010 CV 6693

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | Date 10/25/10 |
|---|---|
| NAME OF SERVER *(PRINT)* Edward O'Brien | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: DANIEL KIM
3434 W PETERSON ROAD #204 CHICAGO ILLINOIS

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left:_____

☐ Return unexecuted: _____

_____

_____

☐ Other specify: _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on __10/25/10__
　　　　　　　Date

_Edward O'Brien_
Signature of Server

C/O Metro Service Inc. 4647 W. 103rd St.
　　　　　　　　　　　　　　Oak Lawn, IL 60453
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.