I.D. 06184818            File No. 3900-208

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2010-cv-6693 |
| ) | |
| DAVID KIM and DANIEL KIM, indv. and ) | |
| d/b/a G. ZONE, INC. d/b/a CAFÉ MISTIKO ) | |
| and G. ZONE, INC. d/b/a CAFÉ MISTIKO, ) | |
| ) | |
| Defendants ) | |

### MOTION TO AMEND COMPLAINT

**NOW COME** the Plaintiff, JOE HAND PROMOTIONS, INC., by and through its attorneys, ZANE D. SMITH & ASSOCIATES, LTD., and in support of their Motion to Amend the Complaint to name an additional Defendant, state as follows:

1. That on October 18, 2010, the original Complaint was filed in this matter with the United States District Court, Northern District of Illinois wherein which Plaintiff named the following Defendants: DAVID KIM and DANIEL KIM, indv. and d/b/a G. ZONE, INC. d/b/a CAFÉ MISTIKO and G. ZONE, INC. d/b/a CAFÉ MISTIKO.

2. That after a further investigation, Plaintiff was informed that the current owners of Defendant G. ZONE, INC. d/b/a CAFÉ MISTIKO is John Kokkinos and Spiro Kokkinos.

3. That Plaintiff is requesting leave to file an Amended Complaint to name John Kokkinos and Spiro Kokkinos as the Defendants in this matter and dismissing David Kim and Daniel Kim.

4. That this motion is being filed Pursuant to Illinois Federal Ruled of Civil Procedure 15.

**WHEREFORE**, Plaintiffs, JOE HAND PROMOTIONS, INC., pray this Honorable Court grant their Motion for Leave to Amend the Complaint to name John Kokkinos and Spiro Kokkinos as the Defendants in this matter and dismissing David Kim and Daniel Kim, and for any further relief for Plaintiff that the Court finds just.

Respectfully submitted,

//s/ Andre Ordeanu
Andre Ordeanu

## CERTIFICATE OF SERVICE

I, Andre Ordeanu, on oath state that a true and correct copy of the Notice of Filing was electronically filed with the Clerk of the Court on November 16, 2010, using the CM/ECF system which will send notification of such filing(s) to all attorneys of record. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

//s/ Andre Ordeanu
Andre Ordeanu

ZANE D. SMITH & ASSOCIATES, LTD.
415 N. LaSalle Street - Suite 300
Chicago, IL 60654
(312) 245-0031
(312) 245-0022 - Fax